# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

138952(76)(79)

MYRIAM VELEZ,
        Plaintiff-Appellee,

v

                                        SC: 138952
                                         COA: 281136
                                         Wayne CC: 04-402161-NH

MARTIN TUMA, M.D.,
        Defendant-Appellant.
_____

      On order of the Chief Justice, the motion by plaintiff-appellee for extension to October 18, 2011 of the time for filing her brief is granted. The motion by Michigan State Medical Society and the American Medical Association for leave to file a brief *amicus curiae* is considered and it is granted.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk